**CLOSED**

| | |
|---|---|
| **EDGAR HOLOMON, et al.,** | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** | |
| | Hon. Dennis M. Cavanaugh |
| vs. | Civil Action No. 07-640  (DMC) |
| | |
| **S.A.C. CAPITAL MANAGEMENT, LLC, et al.,** | **VOLUNTARY DISMISSAL ORDER** |
| | |
| **Defendant(s).** | |

The Court having been advised by Plaintiff(s) and Defendant(s) that they wish to voluntarily dismiss the Complaint filed in this action;

**It is on this 8th day of May,  2007**

**ORDERED THAT**  the Complaint filed herein be and is hereby dismissed without prejudice.

S/ Dennis M. Cavanaugh
**DENNIS M. CAVANAUGH**
**United States District Judge**

Orig: Clerk of the Court
cc:    Hon.. Mark Falk
         All Parties
         File